Janice Boker, Plaintiff-Appellee, v. Howard Boker, Defendant-Appellant.

**Term No. 57–F–14.**

Fourth District.

March 4, 1957.

Released for publication March 20, 1957.

Ross Armbruster, and Theodore E. Diaz, for appellant. No appearance by appellee. Per Curiam. **Not to be published in full.**